**Fill in this information to identify the case:**

Debtor name     **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 19, 2023**          X **/s/ Scott Bailey**
                                               Signature of individual signing on behalf of debtor

                                               **Scott Bailey**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

　　1a. **Real property:**
　　　Copy line 88 from *Schedule A/B*....................................................................................... $ 258,250.00

　　1b. **Total personal property:**
　　　Copy line 91A from *Schedule A/B*..................................................................................... $ 193,410.02

　　1c. **Total of all property:**
　　　Copy line 92 from *Schedule A/B*....................................................................................... $ 451,660.02

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 80,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

　　3a. **Total claim amounts of priority unsecured claims:**
　　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 9,027.86

　　3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 1,113,643.00

4.  **Total liabilities** ...........................................................................................................
　　Lines 2 + 3a + 3b

$ 1,202,670.86

**Fill in this information to identify the case:**

Debtor name    **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PriorityOne | Checking | | $0.00 |
| 3.2. | Bank Plus (Port Gibson) | Checking | | $286.97 |
| 3.3. | Bank of St. Francisville | Checking | | $0.00 |
| 3.4. | BankPlus (Brandon) | Checking | | $0.00 |
| 3.5. | Trustmark (Jackson) | Checking | | $73.05 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$360.02**

### Part 2:   Deposits and Prepayments

Debtor  **Bailey Cable TV, Inc.**
_____     Case number *(If known)* _____
Name

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
        **Utility Deposits**
        **Souther Pine Electric**
        **Entergy**
        **DEMCO (Dixie Electric)**
        **SW Power Assoc**
   7.1.   **MS Power** _____   **Unknown**

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9.     **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        **$0.00**

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11.     **Accounts receivable**

    11b. Over 90 days old:    **5,000.00**   -   **0.00**   =....    **$5,000.00**
                   face amount        doubtful or uncollectible accounts
             **Unclaimed Funds with State of MS**

    11b. Over 90 days old:    **35,000.00**   -   **0.00**   =....    **$35,000.00**
                   face amount        doubtful or uncollectible accounts
             **Customer Accounts**

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$40,000.00**

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes Fill in the information below.

Debtor **Bailey Cable TV, Inc.**
_____
Name

Case number *(If known)* _____

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture, Equipment & Inventory**<br>**807 Church Street**<br>**Port Gibson** | **$0.00** | | **$1,000.00** |
| | **Office Furniture ($1,000.00)**<br>**Equipment ($10,000.00)**<br>**Fiber Optic Cable (5 miles) ($2,500.00)**<br>**12189 Jackson Road**<br>**Saint Fracisville, LA** | **$0.00** | | **$13,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$14,500.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2017  Ford F550 CB**<br>**Bucket Truck**<br>**Crystal Springs** | **$0.00** | | **$50,000.00** |

Debtor   **Bailey Cable TV, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 47.2. | **2010 Ford F150 PK (Transmission out) Magee** | $0.00 | $1,500.00 |
| 47.3. | **2000 Chev GMT-400 CB** | $0.00 | $5,000.00 |
| 47.4. | **2005 Chev C4500 CB In shop in Mendenhall** | $0.00 | $3,000.00 |
| 47.5. | **1999 Chevy 3500 500 HD 595 Burnham Road Brandon, MS** | $0.00 | $750.00 |
| 47.6. | **2008 Ford Van Crystal Springs** | $0.00 | $1,000.00 |
| 47.7. | **2000 Ford F350 595 Burnham Road Brandon, MS** | $0.00 | $1,000.00 |
| 47.8. | **2000 Chev Van Magee** | $0.00 | $1,000.00 |
| 47.9. | **2010 Ford F150 Magee** | $0.00 | $1,000.00 |
| 47.10· | **2001 Chevy Bucket Truck Magee** | $0.00 | $1,000.00 |
| 47.11· | **2002 Chev Bucket Truck Crystal Springs** | $0.00 | $1,000.00 |
| 47.12· | **2000 Chevrolet Truck Crystal Springs** | $0.00 | $1,000.00 |
| 47.13· | **2005 Chevrolet Truck Crystal Springs** | $0.00 | $1,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Ditch Witch Crystal Springs** | $0.00 | $300.00 |
| **Cable Equipment-Bassfield** | $0.00 | $1,000.00 |

Debtor   **Bailey Cable TV, Inc.**                                     Case number *(If known)* _____
         Name

| | | |
|---|---|---|
| **Equipment**<br>**Crystal Springs Headend Location** | $0.00 | $3,000.00 |
| **Equipment**<br>**Magee/Mt. Olive Headend Location** | $0.00 | $3,000.00 |
| **Equipment**<br>**Port Gibson Headend** | $0.00 | $3,000.00 |
| **Equipment**<br>**Mendenhall Headend** | $0.00 | $500.00 |
| **Equipment**<br>**10274 Gould Drive**<br>**St. Francisville, LA** | $0.00 | $5,000.00 |
| **Equipment**<br>**Centreville Headend Location** | $0.00 | $3,000.00 |
| **Equipment**<br>**Clinton/Jackson/Ethel Deadend Location**<br>**7841 Hwy 10**<br>**Ethel, LA** | $0.00 | $3,000.00 |
| **Equipment**<br>**Secondary Back Up Generator**<br>**Headend Location**<br>**7841 Hwy 10**<br>**Ethel, LA** | $0.00 | $3,000.00 |
| **Equipment**<br>**Taylorsville Headend Location** | $0.00 | $3,000.00 |
| **Signal Filters** | $0.00 | $1,500.00 |
| **Viava Seeker X**<br>**(Meter Equipment)**<br>**Located at various Headends** | $0.00 | $40,000.00 |
| **Small Generator**<br>**Mendenhall Hut** | $0.00 | $1,000.00 |

51.   **Total of Part 8.**                                                          | $138,550.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

Debtor  **Bailey Cable TV, Inc.**
Name

Case number *(If known)*

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **113 1st Street NW Magee, MS  39111 (Mail P.O. Box 217) Office** | | $0.00 | | $50,000.00 |
| 55.2. **805 W. Georgetown Street Crystal Springs, MS 39059 Office, Land & Warehouse** | | $0.00 | | $68,000.00 |
| 55.3. **12189 Jackson Road St. Francisville, LA Office** | | $0.00 | | $80,000.00 |
| 55.4. **23049 Hwy 51 Crystal Springs Headend Location** | | $0.00 | | $15,000.00 |
| 55.5. **Magee/Mt. Olive Headend Location 239 Mt. Mercy MB Church Road Magee** | | $0.00 | | $20,000.00 |
| 55.6. **Mendenhall Headend 110 East Circle Drive Mendenhall, MS Right of Way and Hut** | | $0.00 | | $250.00 |

Debtor   **Bailey Cable TV, Inc.**                                    Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 55.7. | **Centreville Headend Location 400 McDaniel Street Centreville, MS (Concrete Building only-Town of Centreville owns land)** | | **$0.00** | **Unknown** |
| 55.8. | **House 780 Phipps Drive Taylorsville, MS** | | **$0.00** | **$25,000.00** |

56.   **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                              **$258,250.00**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Bailey Cable TV, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $360.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $138,550.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $258,250.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $193,410.02 | + 91b.  $258,250.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $451,660.02 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **PriorityOne Bank**<br>Creditor's Name<br><br>**1400 W. Government St.**<br>**Brandon, MS 39043**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**2017 Ford F550 CB**<br>**Bucket Truck**<br>**Crystal Springs**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$80,000.00** | **$50,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | **$80,000.00** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**April Holloway**<br>**Tax Collector**<br>**P.O. Box 705**<br>**Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $216.61 | $216.61 |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Ad Valorem** | | |
| Last 4 digits of account number **2475**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**April Holloway**<br>**Tax Collector**<br>**P.O. Box 705**<br>**Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,037.27 | $1,037.27 |
| Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Ad Valorem** | | |
| Last 4 digits of account number **2179**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Bailey Cable TV, Inc.**

_____

Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address<br>**April Holloway<br>Tax Collector<br>P.O. Box 705<br>Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$281.39**   **$281.39** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Ad Valorem<br>Forestry** | |
| | Last 4 digits of account number **5907**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.4** | Priority creditor's name and mailing address<br>**April Holloway<br>Tax Collector<br>P.O. Box 705<br>Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$367.28**   **$367.28** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Furniture/Inventory** | |
| | Last 4 digits of account number **1923**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.5** | Priority creditor's name and mailing address<br>**April Holloway<br>Tax Collector<br>P.O. Box 705<br>Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,227.19**   **$1,227.19** |
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Furniture/Inventory** | |
| | Last 4 digits of account number **3607**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.6** | Priority creditor's name and mailing address<br>**April Holloway<br>Tax Collector<br>P.O. Box 705<br>Hazlehurst, MS 39083** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$445.24**   **$445.24** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Furniture/Inventory** | |
| | Last 4 digits of account number **2995**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor  **Bailey Cable TV, Inc.**
Name

Case number (if known) _____

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Bobby L. Bennette**
**P.O. Box 491**
**St. Francisville, LA 70775**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Caroline M. Puckett**
**604 Jackson St.**
**Port Gibson, MS 39150**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Catherine Davis**
**700 East St.**
**Mendenhall, MS 39114**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$566.24** | **$566.24** |
|---|---|---|---|---|

**City of Hazlehurst**
**City Clerk**
**P.O. Box 549**
**Hazlehurst, MS 39083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Furniture/Inventory**

Last 4 digits of account number **1923**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| Debtor | **Bailey Cable TV, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.19 | $65.19 |
|---|---|---|---|---|

**City of Magee**
**123 Main Avenue N.**
**Magee, MS 39111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,001.27 | $1,001.27 |
|---|---|---|---|---|

**Covington Co. Tax Coll**
**P.O. Box 1537**
**Collins, MS 39428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ad Valorem**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deborah Callender**
**7109 Russum Westside**
**Port Gibson, MS 39150**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dwight S. Bailey**
**4019 Brookwood Drive**
**Flowood, MS 39232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor  **Bailey Cable TV, Inc.**                                      Case number (if known) _____
     Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.85 | $88.85 |
|---|---|---|---|---|

**East Feliciana Parish**
**P.O. Box 207**
**Clinton, LA 70722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.80 | $193.80 |
|---|---|---|---|---|

**East Feliciana Parish**
**P.O. Box 207**
**Clinton, LA 70722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Personal Property**

Last 4 digits of account number **145**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.13 | $218.13 |
|---|---|---|---|---|

**Eddie Fair**
**Hinds Co. Tax Coll.**
**P.O. Box 1727**
**Jackson, MS 39215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Ad Valorem**

Last 4 digits of account number **9181**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Jamaal D. Page**
**941 McNair Springs Rd**
**Magee, MS 39111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

Debtor   **Bailey Cable TV, Inc.**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.19   Priority creditor's name and mailing address

**Jimmy W. Morton**
**39 Jl Davis Road**
**Silver Creek, MS 39663**

As of the petition filing date, the claim is:    **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
_____            **Accrued Leave**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

2.20   Priority creditor's name and mailing address

**Mary Lou Powell**
**Smith Co. Tax Assessor**
**P.O.Box 157**
**Raleigh, MS 39153**

As of the petition filing date, the claim is:    **$1,431.08**   **$1,431.08**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
**2023**                      **Personal Property**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)   ☐ Yes

---

2.21   Priority creditor's name and mailing address

**Mary Lou Powell**
**Smith Co. Tax Assessor**
**P.O.Box 157**
**Raleigh, MS 39153**

As of the petition filing date, the claim is:    **$735.06**   **$735.06**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred        Basis for the claim:
**2023**                      **Ad Valorem**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)   ☐ Yes

---

2.22   Priority creditor's name and mailing address

**Saul Diaz**
**P.O. Box 125**
**Gloster, MS 39638**

As of the petition filing date, the claim is:    **Unknown**   **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred        Basis for the claim:
_____            **Accrued Leave**

Last 4 digits of account number        Is the claim subject to offset?
Specify Code subsection of PRIORITY     ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor **Bailey Cable TV, Inc.**      Case number (if known) _____

Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Scott P. Bailey**
**508 Bristol Way**
**Brandon, MS 39047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.13 | $191.13 |

**Simpson Co. Tax**
**P.O. Box 459**
**Mendenhall, MS 39114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Personal Property**

Last 4 digits of account number **2293**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $916.86 | $916.86 |

**Simpson Co. Tax**
**P.O. Box 459**
**Mendenhall, MS 39114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Ad Valorem**

Last 4 digits of account number **9446**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Terry Trim May**
**1045 Trim Hill Dr.**
**Port Gibson, MS 39150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Leave**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Bailey Cable TV, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.27 | $45.27 |
|---|---|---|---|---|

**Town of Woodville**
P.O. Box 605
Woodville, MS 39669

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Leased Equipment**

Last 4 digits of account number **0490**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,071.40** |
|---|---|---|---|

**AT&T**
P.O. Box 5018
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,511.00** |
|---|---|---|---|

**Berkley Insurance Co.**
P.O. Box 639807
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,834.89** |
|---|---|---|---|

**Blue Cross Blue Shield**
3545 Lakeland Drive
Flowood, MS 39232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Cadence Insurance**
P.O. Box 250
Gulfport, MS 39502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.63** |
|---|---|---|---|

**CenterPoint Entergy**
P.O. Box 2628
Houston, TX 77252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Bailey Cable TV, Inc.**
_____    Case number (*if known*)    _____
        Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.83 |

**Central Auto Parts**
**490 Simpson Hwy 149**
**Magee, MS 39111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.38 |

**City of Magee**
**123 Main Avenue N.**
**Magee, MS 39111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/15/2023

Basis for the claim: _

Last 4 digits of account number  4000

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,891.46 |

**Confluent Tech. Group**
**85 Confluent Dr.**
**Sikeston, MO 63801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.34 |

**Crystal Springs Water**
**P.O. Box 151**
**Crystal Springs, MS 39059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,034.99 |

**CSpire**
**P.O. Box 748168**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,877.10 |

**DEMCO**
**P.O. Box 15659**
**Baton Rouge, LA 70895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,231.00 |

**Dixon Correctional Ins**
**Attn: Malorie Zumbro**
**P.O. Box 94304**
**Baton Rouge, LA 70804**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Bailey Cable TV, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**DOTD Fin. Services**
**P.O. Box 94245**
**Baton Rouge, LA 70804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37.18** |
|---|---|---|---|

**E. Feliciana Rural**
**Water System**
**10270 Hwy 10**
**Ethel, LA 70730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,458.00** |
|---|---|---|---|

**Eastern LA Mental**
**Health Systems**
**P.O. Box 498**
**Jackson, LA 70748**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,223.81** |
|---|---|---|---|

**Edge Broadband Sol.**
**244 Lea Plant Rd.**
**Waynesville, NC 28786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$902.15** |
|---|---|---|---|

**Elam's Auto Services**
**P.O. Box 467**
**Jackson, LA 70748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,665.36** |
|---|---|---|---|

**Entergy**
**P.O. Box 8105**
**Baton Rouge, LA 70891**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,486.00** |
|---|---|---|---|

**Entergy LA  LLC**
**Attn: Amy Davis**
**P.O. Box 679505**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bailey Cable TV, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,418.00** |
|---|---|---|---|
| | **Entergy LA LLC**<br>**P.O. Box 679505**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,274.18** |
|---|---|---|---|
| | **Entergy MS, LLC**<br>**P.O. Box 679505**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **FCC**<br>**45 L Street NE**<br>**Washington, DC 20554** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,841.94** |
|---|---|---|---|
| | **Fuelman**<br>**P.O. Box 1239**<br>**Covington, LA 70434** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  **2439** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gallagher**<br>**1076 Highland Cny. Pkw**<br>**Suite 300**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.62** |
|---|---|---|---|
| | **Gullette, Inc.**<br>**25059 Hwy 51**<br>**Crystal Springs, MS 39059** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485,456.94** |
|---|---|---|---|
| | **Jo Ann Bailey**<br>**595 Burnham Road**<br>**Brandon, MS 39042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Bailey Cable TV, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**LA War Veteran's Home**<br>**Attn: Gladys Watts**<br>**4739 Hwy 10**<br>**Jackson, LA 70748**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$14,324.28** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Louisiana Workforce Co**<br>**P.O. Box 94186**<br>**Baton Rouge, LA 70804**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Momentum  Telecom**<br>**29363 Network Pl.**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$1,494.83** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**MS Department of Emplo**<br>**P.O. Box 1699**<br>**Jackson, MS 39215**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **495** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**MS Manufacturer's Asso**<br>**P.O. Box 22607**<br>**Jackson, MS 39225**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$50.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**MS Power Co.**<br>**P.O. Box 245**<br>**Birmingham, AL 35201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **$40,254.84** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Napa Auto Parts**<br>**25059 Hwy 51**<br>**Crystal Springs, MS 39059**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  **3422** | **$270.79** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bailey Cable TV, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,330.45**

**Nat. Content & Tech.**
**Cooperative**
P.O. Box 414826
Kansas City, MO 64141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$873.00**

**NeoNova**
P.O. Box 602927
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,278.12**

**Nexstar Broadcasting**
P.O. Box 841815
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$576.99**

**Showtime Networks, Inc**
P.O. Box 13495
Newark, NJ 07188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.10**

**Southern Pine Electric**
Dept. 1340
P.O. Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7006**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.14**

**Southern Pine Electric**
Department 1340
P.O. Box 2153
Birmingham, AL 35287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **7015**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,292.21**

**SW MS Power Assoc.**
P.O. Box 5
Lorman, MS 39096

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Bailey Cable TV, Inc.**
_____   Case number *(if known)* _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Town of Collierville**
P.O. Box 578
Centreville, MS 39631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Town of Liberty**
P.O. Box 301
Liberty, MS 39645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.75** |
|---|---|---|---|

**Town of St. Francisvil**
P.O. Box 400
Saint Francisville, LA 70775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0725

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,179.16** |
|---|---|---|---|

**Villa Feliciana Med.**
Cntr./Attn: B. Simon
P.O. Box 438
Jackson, LA 70748

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.14** |
|---|---|---|---|

**Waste Management**
P.O. Box 55558
Boston, MA 02205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**West Feliciana Hospita**
5266 Commerce Street
Saint Francisville, LA 70775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Bailey Cable TV, Inc.** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blue Cross/Blue Shield**<br>**c/o Marcus Wilson**<br>**221 Sunnybrook Rd S-B**<br>**Ridgeland, MS 39157** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 9,027.86 |
| **5b. Total claims from Part 2** | 5b. | + $ | 1,113,643.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,122,670.86 |

**Fill in this information to identify the case:**

Debtor name    **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Dixon Correctional Ins<br>Attn: Malorie Zumbro<br>P.O. Box 94304<br>Baton Rouge, LA 70804 |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Eastern LA Mental<br>Health Systems<br>P.O. Box 498<br>Jackson, LA 70748 |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LA War Veteran's Home<br>Attn: Gladys Watts<br>4739 Hwy 10<br>Jackson, LA 70748 |
| **2.4.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Villa Feliciana Med.<br>Cntr./Attn: B. Simon<br>P.O. Box 438<br>Jackson, LA 70748 |

Debtor 1   **Bailey Cable TV, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

███   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest

**Headend Building**
**$500.00 per month**
**Month to month**

State the term remaining

List the contract number of any government contract

**West Feliciana Hospita**
**5266 Commerce Street**
**Saint Francisville, LA 70775**

**Fill in this information to identify the case:**

Debtor name  **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Bailey Cable TV, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,655,095.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$2,281,712.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Entergy** | 10/23/2023 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor  **Bailey Cable TV, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Nexstar** | 10/16/2023 | $9,255.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Target** | 10/10/2023 | $9,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **NCTC** | 10/16/2023 | $14,300.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jo Ann Bailey**<br><br>**Secretary/Treasurer** | 11/9/2023 | $15,000.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor   **Bailey Cable TV, Inc.**                                    Case number *(if known)*

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* |  |  |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Eileen N. Shaffer** **P.O. Box 1177** **Jackson, MS 39215** |  | **12/18/2023** | **$5,000.00** |
| | **Email or website address** **eshaffer@eshaffer-law.com** | | | |
| | **Who made the payment, if not debtor?** **Jo Ann Bailey paid $3,942.40** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor   Bailey Cable TV, Inc.

Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Dwight Bailey | 2015 Toyota Taxoma Pickup Paid off lien with Priority One Bank in the amount of $16,808.11 | 11/13/2023 | $0.00 |
| | Relationship to debtor Owner/Employee | | | |
| 13.2. | Scott Bailey | 2019 Ram 2500 Pickup Paid off lien with PriorityOne Bank-$59,323.85 | 11/13/2023 | $0.00 |
| | Relationship to debtor Employee/Former Owner | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor  **Bailey Cable TV, Inc.**          Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PriorityOne Bank P.O. Box 516 Magee, MS 39111** | **XXXX-** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **12/12/23 Transferred to other PriorityOne Bank account** | **$173.34** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | Bailey Cable TV, Inc. | Case number *(if known)* | |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Jo Ann Bailey** | |
| 26a.2. **Deborah Callender** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Debtor   **Bailey Cable TV, Inc.**                                          Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Bailey | 508 Bristol Way<br>Brandon, MS 39047 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dwight Bailey | 4019 Brookwood Drive<br>Flowood, MS 39232 | Vice President | 2.9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jo Ann Bailey | 595 Burnham Road<br>Brandon, MS 39042 | Secretary/Treasurer | 94.20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lori Bailey | | | 2.9 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor   **Bailey Cable TV, Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Scott P. Bailey** | **$41,250.00** | **12/2022-9/2023** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Dwight S. Bailey** | **$40,003.26** | **12/2022-9/2023** | **Salary** |
| | **Relationship to debtor**<br>**Vice President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Bailey Cable TV, Inc.**                                          Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2023**

**/s/ Scott Bailey**                                          **Scott Bailey**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Bailey Cable TV, Inc.**                                              Case No. _____

_____   Chapter   **7**  _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................   $ _____ **5,000.00**

    Prior to the filing of this statement I have received ....................   $ _____ **5,000.00**

    Balance Due ...................................................................................   $ _____ **0.00**

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor       ■ Other (specify):     **Jo Ann Bailey paid $3,942.40**
                                          **Debtor paid the balance**

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify): _____

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December 19, 2023**                          **/s/ EILEEN N. SHAFFER**
_____            _____
*Date*                                        **EILEEN N. SHAFFER**
                                              *Signature of Attorney*
                                              **ATTORNEY AT LAW**
                                              **P O BOX 1177**
                                              **JACKSON, MS 39215-1177**
                                              **(601) 969-3006   Fax: (601) 949-4002**
                                              **eshaffer@eshaffer-law.com**
                                              _____
                                              *Name of law firm*

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Bailey Cable TV, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bailey Cable TV, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2023**

Date

**/s/ EILEEN N. SHAFFER**

**EILEEN N. SHAFFER**

Signature of Attorney or Litigant

Counsel for   **Bailey Cable TV, Inc.**

**ATTORNEY AT LAW**
**P O BOX 1177**
**JACKSON, MS 39215-1177**
**(601) 969-3006 Fax:(601) 949-4002**
**eshaffer@eshaffer-law.com**