Page 1 of 2

## Mississippi Power

**Customer Name:** BAILEY CABLE TV INC
**Billing Date:** Dec 16, 2023
**Account Number:** 00469-41002
**Delinquent After:** Jan 2, 2024
**Total Due:** $ 44,261.64

**Service Address**
595 BURNHAM RD

### Billing Summary

| Description | Amount |
| --- | --- |
| Previous Bill Amount | $ 40,254.84 |
| Payment Received — No Payment Received | - 0.00 |
| Past Due Pole Attachment Rental | $ 256.06 |
| Past Due Pole Attachment Rental | $ 3,112.60 |
| Past Due Pole Attachment Rental | $ 3,598.45 |
| Past Due Pole Attachment Rental | $ 6,851.94 |
| Past Due Pole Attachment Rental | $ 227.75 |
| Past Due Pole Attachment Rental | $ 464.92 |
| Past Due Pole Attachment Rental | $ 508.50 |
| Past Due Pole Attachment Rental | $ 1,840.22 |
| Past Due Pole Attachment Rental | $ 1,591.76 |
| Past Due Pole Attachment Rental | $ 537.49 |
| Past Due Pole Attachment Rental | $ 1,252.92 |
| Past Due Pole Attachment Rental | $ 108.50 |
| Past Due Pole Attachment Rental | $ 1,448.49 |
| Past Due Pole Attachment Rental | $ 197.00 |
| Past Due Pole Attachment Rental | $ 197.00 |
| Past Due Pole Attachment Rental | $ 876.68 |
| Past Due Pole Attachment Rental | $ 1,591.76 |
| Past Due Pole Attachment Rental | $ 1,714.30 |
| Past Due Pole Attachment Rental | $ 464.92 |
| Past Due Pole Attachment Rental | $ 1,252.92 |
| Past Due Pole Attachment Rental | $ 3,112.60 |
| Past Due Pole Attachment Rental | $ 1,200.06 |
| Past Due Pole Attachment Rental | $ 4,108.68 |
| Past Due Pole Attachment Rental | $ 3,049.26 |
| Past Due Pole Attachment Rental | $ 690.06 |
| Pole Attachment Rental | +1,884.15 |

*Billing summary continues on next page*

**Contact Us**
mississippipower.com
Account Number: 00469-41002
Web Access Code: 864656
Customer Service: 877-656-1836 (Mon - Fri: 8am - 5pm)
Power Outage Reporting: 800-487-3275 (24 hrs/7 days)

**Go Paperless!**
Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

**Payment Options**
Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

For current billing details, turn page over

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Mississippi Power**
2401 11th St
Meridian, MS 39301

**Account Number** 00469-41002
**Delinquent After** Jan 2, 2024
**Total Due** $ 44,261.64

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

04004694100237000442616400000000000000004006800040254840

BAILEY CABLE TV INC
DEBBIE CALLENDER
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**
| | |
| --- | ---: |
| Pole Attach Rnt | 1,884.15 |
| Pole Attach Rnt | 119.25 |
| Pole Attach Rnt | 963.54 |
| Pole Attach Rnt | 281.43 |
| Pole Attach Rnt | 758.43 |
| Misc | 40,254.84 |
| **Total Due** | **$ 44,261.64** |

Exhibit "B"

| | |
|---|---|
| Billing Date | Dec 16, 2023 |
| **Delinquent After** | **Jan 2, 2024** |

**Mississippi Power**

Customer Name: BAILEY CABLE TV INC
Account Number: 00469-41002

**Total Due** $ 44,261.64

| | |
|---|---|
| Pole Attachment Rental | +119.25 |
| Pole Attachment Rental | +963.54 |
| Pole Attachment Rental | +281.43 |
| Pole Attachment Rental | +758.43 |
| **Total Due** | **$ 44,261.64** |

| | |
|---|---|
| Pole Attachment Rental | $ 1,884.15 |
| Pole Attachment Jefferson Davis Co 395 @ $4.77 Semi-Annual Jan -Jun 2024 | |
| **Pole Attachment Rental** | **$ 1,884.15** |
| Pole Attachment Rental | $ 119.25 |
| Pole Attachment Forrest Co 25 @ $4.77 Semi-Annual Jan -Jun 2024 | |
| **Pole Attachment Rental** | **$ 119.25** |
| Pole Attachment Rental | $ 963.54 |
| Pole Attachment Smith Co 202 @ $4.77 Semi-Annual Jan-Jun 2024 | |
| **Pole Attachment Rental** | **$ 963.54** |
| Pole Attachment Rental | $ 281.43 |
| Pole Attachment Scott Co 59 @ $4.77 Semi-Annual Jan-Jun 2024 | |
| **Pole Attachment Rental** | **$ 281.43** |
| Pole Attachment Rental | $ 758.43 |
| Pole Attachment Newton Co 159 @ $4.77 Semi-Annual Jan-Jun 2024 | |
| **Pole Attachment Rental** | **$ 758.43** |

### Payment Options continued

**Auto Pay**
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

**Mail**
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

**Phone**
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

**In Person**
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.