Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
13802-00047

**Delinquent After** Mar 22, 2024

**Total Due** $ 671.75

**Service Address**
34 WILSON AVE

**Service Period**
Feb 5, 2024 - Feb 28, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| Payment Received | *No Payment Received* | - 0.00 |
|---|---|---|

## Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 425.29 |
| Past Due Late Payment Charge - Electric | $ 31.70 |
| Current Electric Service | +214.76 |

**Contact Us**
mississippipower.com

**Account Number** 13802-00047
**Web Access Code** 469511

**Customer Service** 877-656-1836
Mon - Fri: 8am - 5pm

**Power Outage Reporting** 800-487-3275
24 hrs/7 days

**Go Paperless!**
Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

**Payment Options**
Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

For current billing details, turn page over

Exhibit "C"

13802-00047 12

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 13802-00047

**Final Bill**

Mississippi Power
420 West Pine St.
Hattiesburg, MS 39401

**Delinquent After** Mar 22, 2024

**Total Due** $ 671.75

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

041380200047340000067175000004388500000000000000000000

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**

| | |
|---|---|
| Elec Service | 214.76 |
| Prev Service | 425.29 |
| Prev Late Pymt Chg | 13.56 |
| Prev Late Pymt Chg | 18.14 |
| **Total Due** | **$ 671.75** |



**Customer Name**
BAILEY CABLE TV INC

**Account Number**
13802-00047

| **Delinquent After** | Mar 22, 2024 |
|---|---|
| **Total Due** | $ 671.75 |

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Feb 5 - Feb 28 | 3483863 | Tot kWh | 28061 | | 26298 | | 1 | 1,763 |
| | | Pk kW | 3.767 | | | | 1 | 3.767 |

**Billing Period**
Feb 5, 2024 - Feb 28, 2024

| | |
|---|---|
| Current Service | $ 185.89 |
| Environmental Costs | 13.12 |
| System Recovery | 1.70 |
| Mississippi State Sales Tax | 14.05 |
| **Total Current Electric Service** | **$ 214.76** |

*This is a prorated bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

7993665904900063716826084565O8

By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 34 WILSON AVE**

Email Address

**Mar 1, 2024**

**MISSISSIPPI POWER COMPANY**
**420 West Pine St.**
**Hattiesburg, MS 39401**

**BAILEY CABLE TV INC**
**807 CHURCH ST**
**PORT GIBSON MS 39150**

**X** **BILLS ATTACHED**

| Delinquent After | Mar 15, 2024 |
| --- | --- |
| Total Due | $ 198.67 |

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
69241-81051

**Service Address**
100 WELCOME ST

**Service Period**
Jan 30, 2024 - Feb 22, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| Payment Received | *No Payment Received* | - 0.00 |
| --- | --- | --- |

## Billing Summary

| Item | Amount |
| --- | --- |
| Past Due Electric Service | $ 99.05 |
| Past Due Account Establishment Charge | $ 35.00 |
| Past Due Late Payment Charge - Electric | $ 9.25 |
| Current Electric Service | +55.37 |

## Contact Us

mississippipower.com

**Account Number**
69241-81051

**Web Access Code**
469511

**Customer Service**
877-656-1836
Mon - Fri: 8am - 5pm

**Power Outage Reporting**
800-487-3275
24 hrs/7 days

## Go Paperless!

Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

## Payment Options

Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

69241-81051 08

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 69241-81051

**Final Bill**

| Delinquent After | Mar 15, 2024 |
| --- | --- |
| Total Due | $ 198.67 |

Mississippi Power
420 West Pine St.
Hattiesburg, MS 39401

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

046924181051490000019867000001380400000000000000000000

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**

| Item | Amount |
| --- | --- |
| Elec Service | 55.37 |
| Prev Service | 99.05 |
| Prev Acct Estab Chg | 35.00 |
| Prev Late Pymt Chg | 3.99 |
| Prev Late Pymt Chg | 5.26 |
| **Total Due** | **$ 198.67** |

| Delinquent After | Mar 15, 2024 |
| --- | --- |
| **Total Due** | **$ 198.67** |

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
69241-81051

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jan 30 - Feb 22 | 3488184 | Tot kWh | 22695 | | 22525 | | 1 | 170 |
| | | Pk kW | 0.307 | | | | 1 | 0.307 |

**Billing Period**
Jan 30, 2024 - Feb 22, 2024

| | |
| --- | --- |
| Current Service | $ 50.33 |
| Environmental Costs | 1.26 |
| System Recovery | 0.16 |
| Mississippi State Sales Tax | 3.62 |
| **Total Current Electric Service** | **$ 55.37** |

*This is a prorated bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

799366590490006371682608457233

By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 100 WELCOME ST**

Email Address

**Mar 1, 2024**

**MISSISSIPPI POWER COMPANY**
**420 West Pine St.**
**Hattiesburg, MS 39401**

**BAILEY CABLE TV INC**
**807 CHURCH ST**
**PORT GIBSON MS 39150**

**X** **BILLS ATTACHED**

**Delinquent After** Mar 15, 2024

**Total Due** $ 1,778.33

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
39841-81056

**Service Address**
704 PINE ST

**Service Period**
Jan 30, 2024 - Feb 22, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| Payment Received | *No Payment Received* | - 0.00 |
|---|---|---|

## Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 1,067.06 |
| Past Due Lighting | $ 25.64 |
| Past Due Late Payment Charge - Electric | $ 64.91 |
| Current Electric Service | +620.38 |
| Current Lighting Service | +0.34 |

**Contact Us**

mississippipower.com

**Account Number** 39841-81056

**Web Access Code** 469511

**Customer Service** 877-656-1836
Mon - Fri: 8am - 5pm

**Power Outage Reporting** 800-487-3275
24 hrs/7 days

**Go Paperless!**
Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

**Payment Options**
Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

39841-81056 08

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 39841-81056

**Final Bill**

**Delinquent After** Mar 15, 2024

**Total Due** $ 1,778.33

Mississippi Power
420 West Pine St.
Hattiesburg, MS 39401

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

0439841810565300001778330000110731000000000000000000000

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Total Due Summary**

| | |
|---|---|
| Elec Service | 620.38 |
| Lighting | 0.34 |
| Prev Service | 1,092.70 |
| Prev Late Pymt Chg | 39.57 |
| Prev Late Pymt Chg | 25.34 |
| **Total Due** | **$ 1,778.33** |

08

| Delinquent After | Mar 15, 2024 |
|---|---|
| Total Due | $ 1,778.33 |

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
39841-81056

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Jan 30 - Feb 22 | 3488695 | Tot kWh | 40599 | | 34508 | | 1 | 6,091 |
| | | Pk kW | 14.413 | | | | 1 | 14.413 |

**Billing Period**
Jan 30, 2024 - Feb 22, 2024

| | |
|---|---|
| Current Service | $ 528.61 |
| Environmental Costs | 45.32 |
| System Recovery | 5.86 |
| Mississippi State Sales Tax | 40.59 |
| **Total Current Electric Service** | **$ 620.38** |

## Current Lighting Service - Outdoor Lighting

**Billing Period**
Feb 28, 2024 - Feb 29, 2024

| | |
|---|---|
| Current Service | $ 0.31 |
| Environmental Costs | 0.01 |
| System Recovery | 0.00 |
| Mississippi State Sales Tax | 0.02 |
| **Total Current Lighting Service** | **$ 0.34** |

**Lighting Components Included In This Bill**

0-100 HPS Open Bottom

*This is a prorated bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 704 PINE ST**

Email Address

Mar 13, 2024

MISSISSIPPI POWER COMPANY
420 West Pine St.
Hattiesburg, MS 39401

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

X BILLS ATTACHED

| Delinquent After | Mar 27, 2024 |
|---|---|
| Total Due | $ 160.30 |

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
33771-99037

**Service Address**
342 OLD HIGHWAY 42

**Service Period**
Mar 7, 2024 - Mar 12, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| Payment Received | *No Payment Received* | - 0.00 |
|---|---|---|

## Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 145.33 |
| Past Due Late Payment Charge - Electric | $ 5.80 |
| Current Electric Service | +9.17 |

## Contact Us

mississippipower.com

**Account Number** 33771-99037
**Web Access Code** 469511

**Customer Service** 877-656-1836
Mon - Fri: 8am - 5pm

**Power Outage Reporting** 800-487-3275
24 hrs/7 days

## Go Paperless!

Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

## Payment Options

Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

33771-99037 14

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 33771-99037

**Final Bill**

| Delinquent After | Mar 27, 2024 |
|---|---|
| Total Due | $ 160.30 |

Mississippi Power
420 West Pine St.
Hattiesburg, MS 39401

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

0433771990375600000160300000000941100000000000000000000

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**

| | |
|---|---|
| Elec Service | 9.17 |
| Prev Service | 145.33 |
| Prev Late Pymt Chg | 3.36 |
| Prev Late Pymt Chg | 2.44 |
| **Total Due** | **$ 160.30** |



**Customer Name**
BAILEY CABLE TV INC

**Account Number**
33771-99037

| **Delinquent After** | Mar 27, 2024 |
|---|---|
| **Total Due** | $ 160.30 |

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Mar 7 - Mar 12 | 6111679 | Tot kWh | 1132 | | 1132 | | 1 | 0 |
| | | Pk kW | 0 | | | | 1 | 0 |

**Billing Period**
Mar 7, 2024 - Mar 12, 2024

| | |
|---|---|
| Current Service | $ 8.57 |
| Environmental Costs | 0.00 |
| System Recovery | 0.00 |
| Mississippi State Sales Tax | 0.60 |
| **Total Current Electric Service** | **$ 9.17** |

*This is a prorated bill.*

*This is a minimum bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 342 OLD HIGHWAY 42**

Email Address

Mar 13, 2024

**MISSISSIPPI POWER COMPANY**
**420 West Pine St.**
**Hattiesburg, MS 39401**

**BAILEY CABLE TV INC**
**807 CHURCH ST**
**PORT GIBSON MS 39150**

**X** **BILLS ATTACHED**

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
39651-99038

| | |
|---|---|
| **Delinquent After** | Mar 27, 2024 |
| **Total Due** | $ 186.67 |

**Service Address**
740 OLD HIGHWAY 42

**Service Period**
Mar 7, 2024 - Mar 13, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| | | |
|---|---|---|
| Payment Received | *No Payment Received* | - 0.00 |

## Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 167.41 |
| Past Due Late Payment Charge - Electric | $ 6.89 |
| Current Electric Service | +12.37 |

### Contact Us

mississippipower.com

| Account Number | Web Access Code |
|---|---|
| 39651-99038 | 469511 |

| Customer Service | Power Outage Reporting |
|---|---|
| 877-656-1836 | 800-487-3275 |
| Mon - Fri: 8am - 5pm | 24 hrs/7 days |

### Go Paperless!

Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

### Payment Options

Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

39651-99038 14

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 39651-99038

**Final Bill**

Mississippi Power 420 West Pine St. Hattiesburg, MS 39401

| | |
|---|---|
| **Delinquent After** | Mar 27, 2024 |
| **Total Due** | $ 186.67 |

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

0439651990385600000186670000010844000000000000000000000

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

### Total Due Summary

| | |
|---|---|
| Elec Service | 12.37 |
| Prev Service | 167.41 |
| Prev Late Pymt Chg | 2.92 |
| Prev Late Pymt Chg | 3.97 |
| **Total Due** | **$ 186.67** |



| Delinquent After | Mar 27, 2024 |
|---|---|
| **Total Due** | $ 186.67 |

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
39651-99038

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Mar 7 - Mar 13 | 6111659 | Tot kWh | 7743 | | 7717 | | 1 | 26 |
| | | Pk kW | 0.226 | | | | 1 | 0.226 |

**Billing Period**
Mar 7, 2024 - Mar 13, 2024

| | |
|---|---|
| Current Service | $ 11.34 |
| Environmental Costs | 0.19 |
| System Recovery | 0.03 |
| Mississippi State Sales Tax | 0.81 |
| **Total Current Electric Service** | **$ 12.37** |

*This is a prorated bill.*

*This is a minimum bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

### Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 740 OLD HIGHWAY 42**

Email Address

| Delinquent After | Mar 28, 2024 |
| --- | --- |
| Total Due | $ 184.99 |

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
27471-99062

**Service Address**
20 OLD HIGHWAY 42

**Service Period**
Mar 7, 2024 - Mar 13, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| Payment Received | *No Payment Received* | - 0.00 |
| --- | --- | --- |

## Billing Summary

| | |
| --- | --- |
| Past Due Electric Service | $ 165.14 |
| Past Due Late Payment Charge - Electric | $ 7.53 |
| Current Electric Service | +12.32 |

## Contact Us

mississippipower.com

| Account Number | Web Access Code |
| --- | --- |
| 27471-99062 | 469511 |
| **Customer Service** | **Power Outage Reporting** |
| 877-656-1836 | 800-487-3275 |
| Mon - Fri: 8am - 5pm | 24 hrs/7 days |

## Go Paperless!

Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

## Payment Options

Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

27471-99062 14

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 27471-99062

**Final Bill**

| Delinquent After | Mar 28, 2024 |
| --- | --- |
| Total Due | $ 184.99 |

Mississippi Power 420 West Pine St.
Hattiesburg, MS 39401

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

0427471990625300000184990000010727000000000000000000000

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**

| | |
| --- | --- |
| Elec Service | 12.32 |
| Prev Service | 165.14 |
| Prev Late Pymt Chg | 3.24 |
| Prev Late Pymt Chg | 4.29 |
| **Total Due** | **$ 184.99** |



Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
27471-99062

| **Delinquent After** | Mar 28, 2024 |
|---|---|
| **Total Due** | $ 184.99 |

## Current Electric Service - **General Service**

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Mar 7 - Mar 13 | 6111719 | Tot kWh | 10598 | | 10573 | | 1 | 25 |
| | | Pk kW | 0.204 | | | | 1 | 0.204 |

**Billing Period**
Mar 7, 2024 - Mar 13, 2024

| | |
|---|---|
| Current Service | $ 11.30 |
| Environmental Costs | 0.19 |
| System Recovery | 0.02 |
| Mississippi State Sales Tax | 0.81 |
| **Total Current Electric Service** | **$ 12.32** |

*This is a prorated bill.*

*This is a minimum bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

799366590490006371682608456722
By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 20 OLD HIGHWAY 42**

Email Address

**Mar 1, 2024**

**MISSISSIPPI POWER COMPANY**
**420 West Pine St.**
**Hattiesburg, MS 39401**

**BAILEY CABLE TV INC**
**807 CHURCH ST**
**PORT GIBSON MS 39150**

**X** **BILLS ATTACHED**

**Delinquent After** Mar 15, 2024

**Total Due** $ 249.29

Mississippi Power

**Customer Name**
BAILEY CABLE TV INC

**Account Number**
33950-49067

**Service Address**
408 PINE ST
POLE

**Service Period**
Jan 30, 2024 - Feb 22, 2024

## Final Bill

This is your final bill.

## Payments Since Last Billing

| | | |
|---|---|---|
| Payment Received | *No Payment Received* | - 0.00 |

## Billing Summary

| | |
|---|---|
| Past Due Electric Service | $ 152.08 |
| Past Due Late Payment Charge - Electric | $ 11.61 |
| Current Electric Service | +85.60 |

## Contact Us

mississippipower.com

**Account Number** 33950-49067
**Web Access Code** 469511

**Customer Service** 877-656-1836
Mon - Fri: 8am - 5pm

**Power Outage Reporting** 800-487-3275
24 hrs/7 days

## Go Paperless!

Receive email notifications when your bill is ready and log in to your Mississippi Power online account to view your monthly bill statements. Setup is easy and it's free! Visit mississippipower.com/paperlessbilling to sign up.

## Payment Options

Online or App
Pay using your checking account, debit or credit card at mississippipower.com or via the Mississippi Power mobile app.

*Additional Payment Options on back*

**For current billing details, turn page over**

33950-49067 08

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

**Account Number** 33950-49067

**Final Bill**

**Delinquent After** Mar 15, 2024

**Total Due** $ 249.29

Mississippi Power
420 West Pine St.
Hattiesburg, MS 39401

☐ Yes, I want to save a stamp on my next payment! Enroll me in paperless billing today. Please verify your email address on the back of this statement.

0433950490675500000249290000015692000000000000000000000

BAILEY CABLE TV INC
807 CHURCH ST
PORT GIBSON MS 39150

**Mail To:**
PO BOX 245
BIRMINGHAM AL
35201-0245

**Total Due Summary**

| | |
|---|---|
| Elec Service | 85.60 |
| Prev Service | 152.08 |
| Prev Late Pymt Chg | 4.84 |
| Prev Late Pymt Chg | 6.77 |
| **Total Due** | **$ 249.29** |



Mississippi Power

| Customer Name | Account Number |
|---|---|
| BAILEY CABLE TV INC | 33950-49067 |

| **Delinquent After** | Mar 15, 2024 |
|---|---|
| **Total Due** | $ 249.29 |

## Current Electric Service - General Service

| Service Period | Meter # | Reading Type | Meter Reading Current | - | Meter Reading Previous | x | Constant | = Usage |
|---|---|---|---|---|---|---|---|---|
| Jan 30 - Feb 22 | 3487768 | Tot kWh | 32094 | | 31707 | | 1 | 387 |
| | | Pk kW | 0.709 | | | | 1 | 0.709 |

**Billing Period**
Jan 30, 2024 - Feb 22, 2024

| | |
|---|---|
| Current Service | $ 76.75 |
| Environmental Costs | 2.88 |
| System Recovery | 0.37 |
| Mississippi State Sales Tax | 5.60 |
| **Total Current Electric Service** | **$ 85.60** |

*This is a prorated bill.*

## Payment Options continued

Auto Pay
Authorize your bill amount to be automatically debited from your checking or savings account. Visit mississippipower.com/autopay to sign up.

Mail
Mississippi Power Payments
P.O. Box 245
Birmingham, AL 35201-0245

Phone
Pay by phone using your bank account by calling 800-532-1502. To pay using a debit or credit card via BillMatrix call 800-834-2073.

In Person
Pay your bill using your account number or barcode at an Authorized Payment Location (APL). APLs accept cash only. Visit mississippipower.com/apl for more information. Text APL to 99500 to find locations near you.

Visit mississippipower.com/paymentoptions for all convenient ways to pay.

**Consumer Check Conversion** - When you pay your bill by check, you authorize us to make a one-time electronic debit from your banking account.

799366590490006371682608456805
By using this barcode to make a payment, you agree to the full terms and conditions available at mississippipower checkout.com. You may also visit the website to search for a payment location and view your full e-receipts after making payments.

## Do we have your correct primary phone number and email?

**Why?** When you call to report a power outage, our automated systems identify your address by your phone number. We may occasionally want to contact you via email with important information.

**If your phone number or email address has changed, please update our records in the box below and mark the box on the front of the stub if you have entered a correction.**

Primary Phone Number on file: **601-992-8566 at 408 PINE ST**

Email Address