IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: BAILEY CABLE TV, INC.                                CHAPTER 7

CASE NO. 23-02929-KMS

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 23
FILED BY WBRL/WGMB/WHLT/WJTV/NEWSNATION**

Stephen Smith, in his capacity as Trustee, (hereinafter referred to as "Trustee"), by and through his attorney, files this Objection to Proof of Claim No. 23 in this bankruptcy proceeding, and would show unto the Court the following, to-wit:

1. That the Trustee objects to Proof of Claim No. 23 filed by WBRL/WGMB/WHLT/WJTV/NewsNation in the amount of $70,533.00. This claim should be **disallowed** for the following reason(s):

   **This claim was filed untimely after the claims bar date. There is also no documentation provided supporting this claim. Even if documentation is provided, the tardiness of the filing of the claim causes it to be classified as a tardily filed claim with unsecured status.**

   **WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee respectfully requests that this Court enter an order **disallowing** Proof of Claim No. 23 filed by WBRL/WGMB/WHLT/WJTV/NewsNation as this claim is untimely and unsupported by proper documentation, and for such other relief as is deemed just.

   Respectfully submitted, this 14th day of February, 2025.

                                                           STEPHEN SMITH, TRUSTEE

                                                           */s/* Erin A. McManus
                                                           BY: ERIN A. MCMANUS

JIM F. SPENCER, JR. (MSB#7736)
ERIN A. MCMANUS (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, Mississippi 39205-0650
Ph: (601) 965-1900
Fax: (601) 965-1901
jspencer@watkinseager.com
emcmanus@watkinseager.com

## CERTIFICATE OF SERVICE

I, Erin A. McManus, do hereby certify that I have this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above Trustee's Objection to Proof of Claim to the following, on the day and year hereinafter set forth:

>Eileen N. Shaffer
>Attorney for Debtor
>eshaffer@eshaffer-law.com
>
>United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov

And by regular U.S. Mail to:

>WBRL/WGMB/WHLT/WJTV/NewsNation
>20 Broad Hollow Rd., Suite 1002
>Melville, New York 11747

**SO CERTIFIED** this the 14th day of February 2025.

>/s/ Erin A. McManus
>ERIN A. MCMANUS