**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BAILEY CABLE TV, INC.**                                              **CHAPTER 7**

**CASE NO. 23-02929-KMS**

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 23**
**FILED BY WBRL/WGMB/WHLT/WJTV/NEWSNATION (DKT. #_____)**

       **THIS MATTER** is before the Court on the Objection by Stephen Smith, Trustee (hereinafter referred to as "Trustee"), filed by and through his attorney, to Proof of Claim No. 23 filed WBRL/WGMB/WHLT/NewsNation (Dkt. #_____). The Court, after no responses having been filed and being fully advised in the premises, orders as follows:

       **IT IS HEREBY ORDERED** that the Proof of Claim No. 23 filed by WBRL/WGMB/WHLT/WJTV/NewsNation in the amount of $70,533.00 is hereby **DISALLOWED.**

**##END OF ORDER##**

Submitted by:

*Attorneys for Stephen Smith, Trustee*
JIM F. SPENCER, JR. (MSB#7736)
ERIN A. MCMANUS (MSB #106317)
Watkins & Eager PLLC
Post Office Box 650
Jackson, Mississippi 39205-0650
Ph: (601) 965-1900
Fax: (601) 965-1901
jspencer@watkinseager.com
emcmanus@watkinseager.com